IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| CHRISTOPHER EDWARDS and KAMI EDWARDS, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 4:25-cv-00347-WMR |
| EVERSTORY ACQUISITION PORTFOLIO, LLC and LAKEWOOD MEMORY GARDENS SOUTH LLC, | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE OF DISCOVERY**

I hereby certify that I have this day electronically filed this Certificate of Service of Discovery pursuant to Local Rule 5.4 showing that the following pleadings and responsive documents have been duly served upon all counsel of record via electronic mail on September 23, 2026:

1. ***Defendants' Objections and Answers to Plaintiffs' Second Requests for Production;***

2. ***Defendants' Objections and Answers to Plaintiffs' Third Requests for Production; and***

3. ***Defendants' Objections and Answers to Plaintiffs' Fourth Requests for Production;***

Respectfully submitted this 24th day of September, 2026.

WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC

/s/ Matthew T. Gomes, Esq.
Stephen W. Mooney
smooney@wwhgd.com
Georgia Bar No. 001790
Matthew T. Gomes
mgomes@wwhgd.com
Georgia Bar No. 297453
Attorneys for Defendants

3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326
404-876-2700
404-875-9433 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2026, the within and foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Bryan L. Rayburn
PENLAND, ROMANS &
RAYBURN, GP
710 S. Thornton Avenue
Suite A
Dalton, GA 30720
brayburn@penlandlaw.org

Robert G. McCurry
THE MCCURRY LAW FIRM
P.O. Box 6188
Dalton, GA 30722-6188
rmccurry@mccurrylaw.com

/s/ Matthew T. Gomes, Esq.